962

No. 573, Misc. ANDERSON *v.* BRITTON, SHERIFF, ET AL. Supreme Court of Oregon. Certiorari denied.

No. 597, Misc. GOINS *v.* CAVELL, WARDEN. Court of Common Pleas of Allegheny County, Pennsylvania. Certiorari denied.

No. 599, Misc. VOLKELL *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Anderson* and *Beatrice Rosenberg* for the United States.

No. 604, Misc. FRANK, ADMINISTRATRIX, *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Louis R. Harolds* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *Alan S. Rosenthal* for the United States.

No. 605, Misc. RINGE *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 607, Misc. ILLOVA *v.* MICHIGAN ET AL. Supreme Court of Michigan. Certiorari denied.

No. 608, Misc. UNITED STATES EX REL. ORTEGA *v.* LA BUY, U. S. DISTRICT JUDGE, ET AL. C. A. 7th Cir. Certiorari denied.

No. 609, Misc. CHARIZIO *v.* FERGUSON, WARDEN. Supreme Court of Vermont. Certiorari denied.